

Jane MacCracken
Chief, CSO - Programs Division

**CENTRAL VIOLATIONS BUREAU**
**P.O. Box 780549**
**San Antonio, TX 78278**

**Ted C. Willmann**
Branch Chief

(800) 827-2982
FAX: (210) 301-6401

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** NEBRASKA

**Location Code:** NE14                **Citation Number(s):** 6483664

OMAH        **Hearing Site**            The location where the citation is scheduled.

05/28/2019  **Ticket/Docket Date**      The date the citation is scheduled for court.

_____  **Protest**                 The defendant is requesting a court date to protest the citation.

_____  **Correspondence**          The defendant is providing correspondence for the court to consider regarding the citation.

_____  **Miscellaneous**           See Remarks Section

**Remarks:**

Agency request for void of citation(s).

Citation issued in error, Chief of police discretion

_____  Refund Approved

____X____   Void/Dismissal Approved     RANDY DORSEY          05/14/2019
                                        SYSTEM GENERATED      Date

            Further action to be taken by CVB or Agency, please specify: _____

Ordered this __15th__ Day of __May__ 20 __19__   s/ Susan M. Bazis          67BG
                                                 U.S. Magistrate Judge      Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6483664 | K. Cue | 2743 |

**6483664**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 04/10/2019  1338 | 38. 1.218(b)(29) |

Place of Offense
68105
4101 Woodworth Ave Omaha, NE

Offense Description: Factual Basis for Charge          HAZMAT ☐

Parking in spaces posted as reserved.

### DEFENDANT INFORMATION      Phone: (    )    -

| Last Name | First Name | M.I. |
|---|---|---|
| Pipal | Candace | L |

Street Address
2425 Buckingham Rd Lot 1A

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Fremont | NE | 68025 | 03/15/1991 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| H13202200 | | NE | |

| ☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair BLN | Eyes BLU | Height 5'4" | Weight 175 |
|---|---|---|---|---|---|

### VEHICLE      VIN: 161PH55CK7248255      CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 5A2235 | NE | 12 | Chev Cruz | | TAN |

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ 15.00 | Forfeiture Amount |
|---|---|---|
| | + $30 | Processing Fee |
| PAY THIS AMOUNT → | $ 45.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  Unable to Sign

(Rev. 09/2015)          Original - CVB Copy

CVB SCAN 04/19/2019 11:16

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation      ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
              Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)      U.S. Magistrate Judge

CVB SCAN 04/19/2019 11:16

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commercial vehicle involved in incident